UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RALPH J. MOLINE, JR.,

                Plaintiff,                1:20-CV-127

v.

UNITED STATES POSTAL SERVICE, and
UNITED STATES OF AMERICA

                Defendants.
_____

## **STIPULATION**

      WHEREAS, Plaintiff commenced this action against the United States of America and the United States Postal Service under the Federal Tort Claims Act ("FTCA");

      WHEREAS, pursuant to 28 U.S.C. § 2679(b)(1), F.D.I.C. v. Meyer, 510 U.S. 471 (1994), and Robinson v. Overseas Military Sales Corp., 21 F.3d 502 (2d Cir. 1994), the United States is the only proper defendant in an FTCA action;

      WHEREAS, pursuant to 28 U.S.C. § 2679(a) and the above cited caselaw, federal agencies, like the United States Postal Service, may not be sued under the FTCA;

      NOW, THEREFORE, the parties stipulate and agree that:

      1.     The United States Postal Service shall be dismissed from this action;

      2.     This action shall proceed against the United States only; and

      3.     The case caption shall be amended to delete the United States Postal Service as a party.

                JAMES P. KENNEDY, JR.
                United States Attorney

DATED: <u>April 29, 2020</u>       <u>s/*Michael S. Cerrone*</u>
            BY: MICHAEL S. CERRONE
                *Attorney for Defendants*

DATED: <u>April 29, 2020</u>       <u>/s/ *Nicholas J. Shemik*</u>
                NICHOLAS J. SHEMIK
                *Attorney for Plaintiff*

SO ORDERED.

_____
LAWRENCE J. VILARDO
United States District Judge